**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 11 2019 ★

LONG ISLAND OFFICE

Charde Lockett, individually and on behalf of all those similarly situated,

Plaintiff,

-against-

Mullen & Iannarone, P.C.,

Defendant.

Docket No: 2:18-cv-04279-SJF-AKT

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 8, 2019

| | |
|---|---|
| **MULLEN & IANNARONE, P.C.** | **BARSHAY SANDERS, PLLC** |
| By: ___/s Matthew Flanagan___ | By: ___/s Craig B. Sanders___ |
| Matthew Flanagan, Esq. | Craig B. Sanders |
| 100 Jericho Quadrangle | 100 Garden City Plaza, Suite 500 |
| Jericho, New York 11753 | Garden City, New York 11530 |
| Tel: (516) 931-1800 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 114320 |
| | *Attorneys for Plaintiff* |

So ORDERED 2/11/2019

s/ Sandra J. Feuerstein

Sandra J. Feuerstein, U.S.D.J.